MINUTE ENTRY            9:00 a.m.

UNITED STATES OF AMERICA -V- JOAQUINA P. REYES

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  SANAE N. SHMULL, COURT REPORTER
  TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
  DANILO AGUILAR, ATTORNEY FOR DEFENDANT
  JOAQUINA P. REYES, DEFENDANT

PROCEEDINGS:    WAIVER OF INDICTMENT; FILING OF INFORMATION
         AND ENTRY OF PLEA

(Proceedings were sealed.)

Defendant appeared with counsel, Attorney Danilo Aguilar. Government was represented by Timothy Moran, AUSA.

Defendant was sworn and examined as to her understanding of her constitutional rights, her right to trial and her understanding of the Waiver of Indictment and Plea.

Defendant stated that she wished to waive the indictment and enter a plea to the charges in the information. The defendant and her counsel signed the waiver in open court. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of GUILTY. Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Government moved to unseal the case at this time. Court so ordered.

Court ordered that a Presentence Investigation Report be submitted by Tuesday, June 28, 2005 and that the Sentencing hearing be set for Friday, July 8, 2005 at 9:30 a.m.

Court remanded the defendant back into the custody of the U.S. Marshal.

        Adjourned at 9:55 a.m.


;    [TTP EOD 04/29/2005]