1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN
       MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:  (670) 236-2982
6  Fax:        (670) 236-2985

7  Attorneys for United States of America

FILED
Clerk
District Court

SEP 0 7 2005

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00018 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION** |
| JOAQUINA PANGELINAN REYES, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorneys, of counsel, and Joaquina Pangelinan Reyes, the defendant, by and through her attorney, Danilo T. Aguilar, that the sentencing now scheduled for Wednesday, September 14, 2005 at 9:00 a.m., shall be rescheduled for **Wednesday, December 7, 2005 at**

///

///

**10:00 a.m.** in order to permit the defendant an opportunity to cooperate with the United States.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 9/2/05

By: _____
Timothy E. Moran
Assistant U.S. Attorney

DATED: 9/6/05

_____
DANILO T. AGUILAR
Attorney for Joaquina Pangelinan Reyes

SO ORDERED.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI

RECEIVED
SEP 07 2005
Clerk
District Court
For The Northern Mariana Islands