1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone: (670) 236-2982
6  Fax:       (670) 236-2985

7  Attorneys for United States of America

F I L E D
Clerk
District Court

NOV 3 0 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 05-00018 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION |
| ) | |
| JOAQUINA PANGELINAN REYES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorneys, of counsel, and Joaquina Pangelinan Reyes, the defendant, by and through her attorney, Danilo T. Aguilar, that the sentencing now scheduled for Wednesday, December 7, 2005 at 10:00 a.m., shall be rescheduled for **Friday, February 10, 2006** at

/ / /

/ / /

1  **10:00 a.m.** in order to permit the defendant an opportunity to cooperate with the United States.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 11/29/05

By: _____
Timothy E. Moran
Assistant U.S. Attorney

DATED: 11/30/05

_____
DANILO T. AGUILAR
Attorney for Joaquina Pangelinan Reyes

SO ORDERED.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI